UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CRAIG R. PERSINGER, | ) | CAUSE NO.: 1:17-MC-27-TLS |
| | ) | |
| Respondent. | ) | |

**ORDER**

By its June 30, 2017, Order in Cause No. 27S00-1612-DI-681, the Indiana Supreme Court stayed the suspension of Respondent-Attorney Craig R. Persinger subject to his completion of at least two years of probation with JLAP monitoring, as set forth in the parties' Conditional Agreement. [ECF No. 1.]

ACCORDINGLY: The Indiana Supreme Court's Order Approving Conditional Agreement for Discipline of the Respondent is now a matter of record in this Court. The Court concludes that no reciprocal discipline as a result of the Supreme Court's Order need be considered at this time, and this matter will be closed without further action.

SO ORDERED on July 12, 2017.

/s/ Theresa L. Springmann
Chief Judge, United States District Court